# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### BILLINGS DIVISION

| | |
|---|---|
| THE CROW TRIBE OF MONTANA,<br><br>Plaintiff,<br><br>vs.<br><br>THE UNITED STATES, and LESLIE SHAKESPEARE in his Official capacity as Regional Director of the Bureau of Indian Affairs,<br><br>Defendants. | CV 25-126-BLG-WWM<br><br><br>ORDER GRANTING STIPULATION OF DISMISSAL WITHOUT PREJUDICE |

Upon consideration of the parties' Stipulation of Dismissal Without Prejudice (Doc. 23), and for good cause appearing,

**IT IS HEREBY ORDERED** that the above-captioned matter is dismissed without prejudice and that each party shall bear its own costs and attorney's fees.

The Clerk of Court is directed to notify the parties of the making of this Order and close the case file.

DATED this 17th day of March, 2026.

WILLIAM W. MERCER
UNITED STATES DISTRICT JUDGE